United States District Court
District of Delaware

Johnas Ortiz v. Lunt et al., Civil No. 06-206-SLR

**FILED**
APR 21 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BO scanned

RE: Request to suspend legal supply fees at HRYCI, Dept. of Corrections Facilities.

Greetings:

Plaintiff, Johnas Ortiz, SBI #305401, a pro se litigant has filed an action pursuant to 42 U.S.C. §1983. Plaintiff's request to proceed in Forma Pauperis was granted on April 6, 2006. Plaintiff now comes forth to request an order from the Court relieving him of payment of legal fees for copies and supplies at Dept. of Corrections Facilities, HRYCI more specifically.

Plaintiff submits the following in support of his request:

(1) Due to crowded prison conditions, plaintiff is afforded only three hours per month (approx. 1.5 hours every two weeks) to utilize the "Law Library".

(2) Ample time is therefore not afforded to review necessary Federal Statutes and Case Law.

(3) Where ample research time is not afforded, Plaintiff is required to "purchase" copies of such statutes, court rules, case law, etc. at cost of twenty-five cents ($.25) per page, and study or research in his housing unit.

(4) Due to length of certain cases, etc., copy fees become excessive.

(5) Such a payment policy is employed by "DOC" to deter requests for legal copies and is an indirect denial of access to the courts, especially when plaintiff is charged to "view" cases.

Plaintiff also submits that paying for legal documents and motions, and copies thereof, becomes problematic at times of financial hardship; wherefore, plaintiff respectfully prays the court grants his request to suspend payment of legal supply/copy fees to "DOC".

Respectfully submitted,
Joh Ortiz #305401
1301 E. 12th St.
Wilmington, DE 19809

4/15/06



J. Ortiz #305461
1301 E. 12th St.
Wilmington, DE 19809

U.S.M.S
X-RAY

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801