TO: BUSINESS OFFICE
FROM: Jonnas Ortiz #305401
RE: Account Deductions
DATE: 4/25/06

Greetings:

Please take notice that a motion to proceed in forma pauperis was granted by Judge Sue Robinson on April 6, 2006 for civil proceedings in District Court.

An authorization form was signed and returned to the Court authorizing Dept. of Corrections to deduct ($8.00) eight dollars per month from my account for initial filing fee(s). The order does not authorize Dept. of Corrections to deduct fees for legal or mail supplies from my account. The deductions interfere with postage purchases through commissary.

In any case, I would request that any legal or mail supply fees deducted from my account as of April 6, 2006 be credited back to my account at your earliest convenience.

Thank you in advance for your assistance.

Respectfully,

Jon Ortiz

CC: Judge Sue L. Robinson,
U.S. District Court

[FILED APR 27 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE]