IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

JOHNAS ORTIZ,                          )
                                       )
            Plaintiff,                 )
                                       )
    v.                                 )  Civ. No. 06-206-SLR
                                       )
THOMAS LUNT, RUSSELL BUSKIRK,          )
DEPT. OF HEALTH and SOCIAL             )
SERVICES,                              )
                                       )
            Defendants.                )

**AUTHORIZATION**

```
FILED

APR 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```
BD scanned

    I, Johnas Ortiz, SBI # 305401, request and authorize the

agency holding me in custody to disburse to the Clerk of the

Court the initial partial filing fee of $8.00 and the subsequent

payments pursuant to 28 U.S.C. § 1915(b) and required by the

Court's order dated _April 6_____, 2006.

    This authorization is furnished to the Clerk of Court in

connection with the filing of a civil action, and I understand

that the filing fee for the complaint is $250.00.  I also

understand that the entire filing fee may be deducted from my

trust account regardless of the outcome of my civil action.  This

authorization shall apply to any other agency into whose custody

I may be transferred.

Date: _April 17_____, 2006.

                              _____ #305401
                              Signature of Plaintiff

WILMINGTON DE 197

26 APR 2006 PM 3 L

Clerk's Office
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801

Peter, J 305401
HRYCI
1301 E. 12th St.
Wilmington, DE 19809