To: Clerk's Office
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801

Re: Ortiz v. Lunt et al   Civ. No. 06-206-SLR

**FILED APR 27 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE**
BD scanned

Greetings:

Enclosed is the signed authorization form regarding filing fees in the above civil action. Also enclosed is a copy of a letter sent to the Business Office concerning my inmate account.

Recently, the Business Office at HRYCI has deducted approximately ($20.00) twenty dollars from my inmate account for legal copies and fees for mail supplies. (Since 4-18-06 at least $19.00 has been deducted for legal supplies dating back to February 2004).

I would appreciate if the Court would intervene. The authorization form was sent back because I had no stamp (postage) due to these deductions interfering with my commissary balance. The Dept. of Corrections no longer processes legal mail for free without an order from the Court.

Thank you in advance for your assistance.

4/25/06

Respectfully,
Johnas Ortiz
Johnas Ortiz #305401
HRYCI
1301 E. 12th St.
Wilmington, DE 19809

cc: