Clerk of Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801

RE: Ortiz v. Lunt et al   Civ. No. 06-206-SLR

Greetings:

On May 22, 2006 the court ordered me (the plaintiff) to complete and return an original "U.S. Marshal-285" form for the Defendants in this case, as well as for the Attorney General of the State of Delaware.

However, there are no "U.S. Marshal-285" forms enclosed with the order and this facility does not provide them.

I would therefore like to request four (4) "U.S. Marshal-285" forms in order to complete and return, to avoid this complaint being dismissed.

Thank you in advance for your assistance.

5/25/06

Respectfully,
_____ #305401
Johnas Ortiz

HRYCI
1301 E. 12th St.
Wilmington, DE 19809

CC:

FILED
JUN - 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned



WILMINGTON DE 207
01 JUN 2006 PM 3 T

Office of the Clerk
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570

ORTIZ, J. #305481
HRYCI
1301 E. 12th Street
Wilmington, DE 19809