OFFICE OF THE CLERK
## UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

Peter T. Dalleo  
CLERK OF COURT

LOCKBOX 18  
844 KING STREET  
U.S. COURTHOUSE  
WILMINGTON, DELAWARE 19801  
(302) 573-6170

September 25, 2006

TO: Johnas Ortiz  
    HRYCI  
    1301 E. 12th Street  
    Wilmington, DE 19801

**RE: U.S. Marshal 285 Forms**  
*Civil Action #*06-206(SLR)

Dear Mr. Ortiz:

Please be advised that this office has received the following U.S. Marshal 285 forms in the above referenced case: Thomas Lunt, Russell Buskirk and Department of Health and Social Services.

Please submit a USM 285 form for the Attorney General to the Clerk's Office for Carl C. Danberg, Attorney General for the State of Delaware, 820 NORTH FRENCH STREET, WILMINGTON, DELAWARE 19801. Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service upon receipt of the USM 285 form for the Attorney General. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO  
CLERK

cc: The Honorable Sue L. Robinson