Peter Dalleo
Clerk of Court
U.S. District Court
844 N. King St.
Wilmington, DE 19801

Re: Jonnas Ortiz v. Thomas Lunt et. al   Civ. No. 06-206-SLR

Greetings:

Please find enclosed a U.S. Marshal-285 form to be served on the Attorney General of Delaware for the above-captioned case.

Plaintiff, Jonnas Ortiz, asserts that his change of address due to incarceration (see D.I. 12) has caused a delay in forwarding the U.S. Marshal forms in a timely manner because of lack of documents/addresses and a lack of money(ies) for postage.

Plaintiff therefore requests that the Court accepts the enclosed U.S. Marshal-285 form nunc pro tunc.

9/23/06

Respectfully submitted,

Jonnas Ortiz #305401
HRYCI
1301 E. 12th St.
Wilmington, DE 19809


FILED
SEP 27 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Scanned- BD 9/27/06



ORTIZ, J 305401
NYCI
1301 E. 12th St.
Wilmington, DE 19805

Peter Dalleo
Clerk of Court
U.S. District Court
844 N. King St.
Wilmington, DE 19801

LEGAL

U.S.M.S. X-RAY

WILMINGTON DE 197
26 SEP 2006 PM 2T