# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ,** | : | CIVIL ACTION NO. 06-206 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **RUSSELL BUSKIRK ET AL** | : | |
| | : | |
| | : | |
| Defendants | : | |

## ENTRY OF APPEARANCE

**WITHOUT WAIVER** of any affirmative defenses, including but not limited to insufficiency of process, failure to state a claim upon which relief can be granted and/or statute of limitations;

**KINDLY ENTER THE APPEARANCE** of Carol J. Antoff, Esquire on behalf of Defendants Civigenics, Inc. and Russel Buskirk in the above-captioned matter.

REGER RIZZO KAVULICH & DARNALL, LLP

Dated: October 19, 2006

BY: /s/ Carol J. Antoff
Carol J. Antoff, Esquire
I.D. No. 3601
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants, Civigenics and Russell Buskirk

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ,** | : | CIVIL ACTION NO. 06-206 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **RUSSELL BUSKIRK ET AL** | : | |
| | : | |
| | : | |
| Defendants | : | |

### CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Entry of Appearance were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on October 19, 2006:

Johnas Ortiz
1301 E. 12th
Wilmington, DE 19807
Pro Se

                REGER RIZZO KAVULICH & DARNALL, LLP

                /s/ Carol J. Antoff
                CAROL J. ANTOFF, ESQUIRE
                I.D. No. 3601
                1001 Jefferson Street, Suite 202
                Wilmington, DE 19801
                (302)652-3611
                Attorney for Defendants, Civigenics and Russell Buskirk