IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ,** | : | CIVIL ACTION NO. 06-206 SLR |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **RUSSELL BUSKIRK ET AL** | : | |
| | : | |
| | : | |
| Defendants | : | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Carla P. Maresca, Esquire to represent Defendants, Civigenics, Inc. and Russell Buskirk in this matter.

REGER RIZZO KAVULICH & DARNALL, LLP

Dated:

BY:   */s/ Carol J. Antoff*
      Carol J. Antoff, Esquire
      I.D. No. 3601
      1001 Jefferson Street, Suite 202
      Wilmington, DE 19801
      (302)652-3611
      Attorney for Defendants, Civigenics and Russell Buskirk

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____        _____
                                The Honorable Sue L. Robinson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ,** | : | CIVIL ACTION NO. 06-206 SLR |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **RUSSELL BUSKIRK ET AL** | : | |
| | : | |
| | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

      I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Motion and Order for Admission *Pro Hac Vice* were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on October 31, 2006:

Johnas Ortiz, Pro Se  
1301 East 12th Street  
Wilmington, DE 19807  

New Castle County Department of Probation  
26 Parkway Circle  
New Castle, DE 19720  

Department of Health and Social Services  
1901 N. Dupont Highway  
New Castle, DE 19720  

REGER RIZZO KAVULICH & DARNALL, LLP

/s/ Carol J. Antoff  
CAROL J. ANTOFF, ESQUIRE  
I.D. No. 3601  
1001 Jefferson Street, Suite 202  
Wilmington, DE 19801  
(302)652-3611  
Attorney for Defendants, Civigenics and Russell Buskirk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ,** | : | CIVIL ACTION NO. 06-206 SLR |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **RUSSELL BUSKIRK ET AL** | : | |
| | : | |
| Defendants | : | |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules.

DEASEY, MAHONEY & BENDER, LTD

Dated: 10/23/06

CARLA P. MARESCA, ESQUIRE
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103
(215-587-9400