IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ,** | : | CIVIL ACTION NO. 06-206 SLR |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **RUSSELL BUSKIRK ET AL** | : | |
| | : | |
| | : | |
| Defendants | : | |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Patricia Mc Enteer, Esquire to represent Defendants, Civigenics, Inc. and Russell Buskirk in this matter.

          REGER RIZZO KAVULICH & DARNALL, LLP

Dated:

BY:   */s/ Carol J. Antoff*
       Carol J. Antoff, Esquire
       I.D. No. 3601
       1001 Jefferson Street, Suite 202
       Wilmington, DE 19801
       (302)652-3611
       Attorney for Defendants, Civigenics and Russell Buskirk

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____      _____
                                                          The Honorable Sue L. Robinson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ,** | : | CIVIL ACTION NO. 06-206 SLR |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **RUSSELL BUSKIRK ET AL** | : | |
| | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Carol J. Antoff, Esquire, do hereby certify that copies of the foregoing Motion and Order for Admission *Pro Hac Vice* were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on October 31, 2006:

Johnas Ortiz, Pro Se
1301 East 12th Street
Wilmington, DE 19807

New Castle County Department of Probation
26 Parkway Circle
New Castle, DE 19720

Department of Health and Social Services
1901 N. Dupont Highway
New Castle, DE 19720

REGER RIZZO KAVULICH & DARNALL, LLP

/s/ Carol J. Antoff
CAROL J. ANTOFF, ESQUIRE
I.D. No. 3601
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendants, Civigenics and Russell Buskirk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JOHNAS ORTIZ,** | : | CIVIL ACTION NO. 06-206 'SLR |
| | : | |
| Plaintiff | : | |
| v. | : | |
| **CIVIGENICS, INC.,** | : | |
| **RUSSEL BUSKIRK ET AL** | : | |
| | : | |
| Defendants | : | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's local rules.

DEASEY, MAHONEY & BENDER, LTD

Dated: 10/23/06

_____
PATRICIA MC ENTEER, ESQUIRE
1800 John F. Kennedy Boulevard
Suite 1300
Philadelphia, PA 19103
(215-587-9400