Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King St.
Wilmington, DE 19801



Re: Ortiz v. Lunt et al   Civil No. 06-206-SLR

Greetings:

Please find enclosed a Motion for Appointment of Counsel and accompanying affidavit in support. I would also like to request the status of the U.S. Marshal-285 forms in this action. I have not received copies of any 285 forms, or proof of service; However, I have received notice that Defendant, Russell Buskirk, has motioned the court for counsel (Pro Hac Vice) on 11/13/06 — indicating that the complaint has been served.

Also note that I filed the motion for appointment of counsel after service of the complaint(s) based on Defendant Buskirk's motion (acknowledging receipt/service) in accordance with (#7) of the Order issued by the court on May 22, 2006.

Thank you in advance for your assistance.

Dated: 11/20/06

Respectfully,

Jonnas Ortiz #305401
1301 E. 12th St.
Wilmington, DE 19809

Ortiz, Johnas 305401
HRYCI
1301 E. 12th St.
Wilmington, DE 19809

WILMINGTON DE 197
22 NOV 2006 PM 1 L

Peter T. Dalleo
Clerk of Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801