IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JOHNAS ORTIZ,
   Plaintiff,
   v.
LUNT, et al,
   Defendants.

Motion For Appointment of Counsel

Civil Action No. 06-206-SLR

FILED
NOV 24 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Plaintiff, Johnas Ortiz, moves in this court for an order appointing [a member of the Delaware Bar] to assist him in the amendment of, and representation of, his complaint because he cannot afford an attorney. This motion is based on plaintiff's affidavit in support of the motion for leave to proceed in forma pauperis (D.I. #4), and affidavit for appointment of counsel (attached). Legal authority for appointment of counsel and compensation of counsel is 28 USC 1915(d) and 18 USC 3006A (g), as interpreted in McClain v. Manson, 343 F.Supp. 382 (D. Conn. 1972).

Dated: November 20, 2006

Johnas Ortiz #305401
1301 E. 12th St.
Wilmington, DE 19809

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHNAS ORTIZ, Plaintiff, v. LUNT, ET AL, Defendants. | | AFFIDAVIT IN Support of Motion For Appointment of Counsel Civil Action No. 06-206-SLR |

I, JOHNAS ORTIZ DECLARE:

1. I am plaintiff in the above-titled action
2. I believe I am entitled and intend to bring this action in the U.S. District Court for the District of Delaware against the above-named defendant(s).
3. The action seeks to enjoin those defendant(s) from (the wrongful actions giving rise to this suit) and seeks damages in the amount of $250,000.00 U.S. currency for deprivation of Plaintiff's Civil Rights.
4. I believe that I am entitled to the redress sought in this action.
5. I believe the contents of this complaint to be true.
6. Because of my poverty, I am unable to employ an attorney.
7. My assets and income was reported in the Motion for Leave to proceed in Forma Pauperis previously filed (D.I. #1,4).

I declare under penalty of perjury that the above statement is true and correct.

Dated: November 20, 2006

Johnas Ortiz #305401