# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHNAS ORTIZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-206-SLR |
| ) | |
| NEW CASTLE COUNTY DEPARTMENT ) | |
| OF PROBATION (THOMAS LUNT), ) | |
| CIVINGENICS, INC. (RUSSELL ) | |
| BUSKIRK), DEPARTMENT OF HEALTH ) | |
| AND SOCIAL SERVICES (DIRECTOR), ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER THE APPEARANCE of Deputy Attorney General Stacey Xarhoulakos on behalf of State Defendants Thomas Lunt and Department of Health and Social Services (Director)[1]. This Entry of Appearance is not a waiver of any jurisdictional defects or defects in service upon the Defendants. The Defendants specifically reserve the right to raise any jurisdictional, service or statute of limitations defenses which may be available.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Stacey Xarhoulakos
Stacey Xarhoulakos, I.D. #4667
Deputy Attorney General
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us

Date: December 4, 2006        Attorney for State Defendants

---

[1] It is unclear from the Complaint who Plaintiff is attempting to name as a defendant. The caption names the "Department of Health and Social Services (Director)". The appropriate title for this position is Secretary. The body of the Complaint names the "Director - Mental Health". The appropriate title is Director of Division of Substance Abuse and Mental Health.

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2006, I electronically filed *Entry of Appearance* with the Clerk of Court using CM/ECF. I hereby certify that on December 4, 2006, I have mailed by United States Postal Service, the document to the following non-registered participant:

Johnas Ortiz
SBI # 00305401
1301 E. 12th Street
Wilmington, DE 19801

/s/ Stacey Xarhoulakos
Deputy Attorney General
Department of Justice
820 N. French St., 6th Floor
Wilmington, DE 19801
(302) 577-8400
stacey.xarhoulakos@state.de.us