IN THE CHANCERY COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| JOHNAS ORTIZ, | : | CIVIL ACTION NO. 06-206 GMS |
| | : | |
| Plaintiff | : | |
| v. | : | |
| CIVIGENICS, INC., | : | |
| RUSSELL BUSKIRK ET AL | : | |
| | : | |
| | : | |
| Defendants | : | |

## SUBSTITUTION OF COUNSEL

PLEASE withdraw the appearance of Carol J. Antoff, Esquire as counsel for Defendant Russell Buskirk. PLEASE enter the appearance of Louis J. Rizzo, Jr., Esquire as counsel for Defendant Russell Buskirk.

| REGER RIZZO KAVULICH & DARNALL LLP | REGER RIZZO KAVULICH & DARNALL LLP |
|---|---|
| */s/ Carol J. Antoff, Esquire* | */s/ Louis J. Rizzo, Jr. Esquire* |
| Carol J. Antoff, Esquire | Louis J. Rizzo, Jr., Esquire |
| Bar ID #3601 | Bar ID # 3374 |
| 1001 Jefferson Plaza | 1001 Jefferson Plaza |
| Suite 202 | Suite 202 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Date: 1/4/7 | Date: 1/4/07 |

IN THE CHANCERY COURT OF THE STATE OF DELAWARE

IN AND FOR NEW CASTLE COUNTY

| | | |
|---|---|---|
| JOHNAS ORTIZ, | : | CIVIL ACTION NO. 06-206 GMS |
| Plaintiff | : | |
| v. | : | |
| CIVIGENICS, INC., | : | |
| RUSSELL BUSKIRK ET AL | : | |
| Defendants | : | |

CERTIFICATE OF SERVICE

I, Louis J. Rizzo, Jr., Esquire, do hereby certify that copies of the foregoing Substitution of Counsel were served by First Class Mail, postage prepaid on the following Pro se Plaintiff on January 4, 2007:

Johnas Ortiz
1301 E. 12th
Wilmington, DE 19807
Pro Se

REGER RIZZO KAVULICH & DARNALL, LLP

/s/ Louis J. Rizzo, Jr.
LOUIS J. RIZZO, JR., ESQUIRE
I.D. No. 3374
1001 Jefferson Street, Suite 202
Wilmington, DE 19801
(302)652-3611
Attorney for Defendant Russell Buskirk