In the United States District Court
For the District of Delaware

Johnas Ortiz,
   Plaintiff.
      v.
Thomas Lunt, et al,
   Defendants.

Affidavit for
Entry of Default

Civil Action No. 06-206-SLR



Johnas Ortiz, being duly sworn, deposes and says:

1. I am the plaintiff herein.

2. The Complaint herein was filed on the 29th day of March, 2006.

3. The Court files and record herein show that Defendant Russell Buskirk, Civigenics, Inc., was served by the United States Marshal(s) with a copy of Order dated May 22, 2006, "Notice of Lawsuit" form, Filing Fee orders, "Return of Waiver" form, together with a copy of Plaintiff's complaint, on the 29th day of November, 2006.

4. More than 60 days have elapsed since the date on which Defendant, Russell Buskirk, Civigenics, Inc., was served with the complaint and accompanying papers.

5. Defendant, Russell Buskirk, Civigenics, Inc., has failed to answer to Plaintiff's complaint, or serve a copy of any answer or other defense which it might have had, upon plaintiff herein.

6. Defendant, Russell Buskirk, Civigenics, Inc., is not in the military service and is not an infant or incompetent.

7. This affidavit is executed in accordance with Rule No. 55(a) of Federal Rules of Civil Procedure, for the purpouse of enabling the plaintiff herein to obtain an entry of default against defendant herein, for failure to answer or otherwise defend as to Plaintiff's complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Wilmington, Delaware on February 23, 2007.

Johnas Ortiz 305401
HRYCI
1301 East 12th St.
Wilmington, DE 19809

Certificate of Service

I, Johnas Ortiz, hereby certify that on February 23, 2007, I have placed in U.S. Mail at HRYCI, 1301 East 12th Street, Wilmington, DE 19809, a copy of this attached document to be sent to:

Russell Buskirk
State Director, Civigenics, Inc.
300 Water St.
Dover, DE 19901

John Ortiz
Johnas Ortiz 305401
HRYCI
1301 E. 12th St.
Wilmington, DE 19809



WILMINGTON DE 197
27 FEB 2007 PM 3 L

Office of the Clerk
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801

Ortiz, J 325401
1301 E. 12th St.
Wilmington, DE 19809