Clerk of Court
U.S. District Court
844 N. King St.
Wilmington, DE 19801

RE: Ortiz v. Lunt, et.al. No. 06-206-SLR

Greetings:



Please take notice that plaintiff, Johnas Ortiz, has forwarded a copy of the enclosed affidavit to defendant Russell Buskirk at the Civigenics office. Because plaintiff has not received an entry of appearance from defendant's attorney(s) (see D.I Nos. 19, 20), no information is available providing the addresses of defendant Buskirk's attorneys; and, plaintiff is therefore unable to serve a copy of this attached affidavit other than by way of defendant Buskirk's business address.

Please contact me if there are any problems. Thank you in advance for your assistance.

Dated: February 23, 2007

Johnas Ortiz #305401
HRYCI
1301 E. 12th St.
Wilmington, DE 19809