Clerk of Court
U.S. District Court
844 N. King St., Lockbox 18
Wilmington, DE 19801

RE: Johnas Ortiz v. Lunt, et. al., No. 06-206-SLR

Greetings:



Plaintiff, Johnas Ortiz, recently received a response to a previously filed Affidavit for Default from defendants Russell Buskirk and Civigenics through law firm of Rizzo Kavulich & Darnall ("Response of Def.'s Buskirk and Civigenics to Affidavit for Entry of Default", dated: 3/8/07)

In the response, defendants Buskirk and Civigenics concede that a Motion to Dismiss was filed and served upon plaintiff on December 4, 200[6] (see ¶5); However, plaintiff was not, in fact, properly served. (Plaintiff has not received a copy of Motion to Dismiss to date).

Attached is a copy of all correspondence received from any and all legal firms/courts through the H.R.Y.C.I. mail room addressed to the plaintiff for the month of December 2006. Please take notice that plaintiff received no correspondence from the law firm of the defendants in the month of December 2006. Any further requests by the courts or opposing counsel for information regarding legal mail of H.R.Y.C.I. detainees or legal mail received by plaintiff during the period of incarceration (from 8/24/06 to 3/19/07) should be addressed to Corporal Woodard at H.R.Y.C.I., 1301 East 12th Street, Wilmington, DE 19809.

Please accept this letter in consideration of Plaintiff's previously filed Affidavit for Entry of Default. Thank you in advance for your assistance.

Dated: 3/16/07

Johnas Ortiz #305401
410 New Street
Middletown, DE 19709

CC: Michael L. Ripple, Esq.

Mr. Ortiz I can not give you the actual copy of the sheet, but I can give you the dates and the courts/ law firms that sent you in mail.

12/1/06- superior ct.
12/07/06- dept. of justice
12/08/06- superior ct.
12/14/06- supreme ct.
12/20/06- dept. of justice
12/21/06- supreme ct.
12/29/06- supreme ct.


Mail Room,


CPL. Woodard

Ortiz
410 Ohio Street
Middletown DE 19709

WILMINGTON DE 197
22 MAR 2007 PM 2 L

Clerk of Court
U.S. District Court
844 N. King St.
Wilmington, DE 19801