IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHNAS ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-206-SLR |
| | ) | |
| THOMAS LUNT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, plaintiff, Johnas Ortiz, was a prisoner incarcerated at the Howard R. Young Correctional Institution, Wilmington, Delaware, at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on April 6, 2006, this court entered an order granting leave to proceed in forma pauperis, requiring plaintiff to pay the $250.00 filing fee as determined by statute, requiring plaintiff to pay an initial partial filing fee of $8.00, but to date no payments have been made by plaintiff (D.I. 4);

WHEREAS, on March 23, 2007, the court received plaintiff's change of address indicating that he is no longer incarcerated (D.I. 33);

WHEREAS, under the Prison Litigation Reform Act, release does not eliminate the obligation of payment of a filing fee that could and should have been met from the trust account while imprisonment continued. Robbins v. Switzer, 104 F.3d 895, 899 (7th Cir. 1997); see also Drayer v. Attorney General, Nos. 03-2517, 03-2518, 81 Fed.Appx. 429 (3d. Cir. 2003).

THEREFORE, at Wilmington this ___17th___ day of April, 2007, IT IS HEREBY ORDERED that within thirty days from the date of this order, plaintiff shall either pay the balance of the filing fee owed ($250.00) **or** submit a new standard form application to proceed without prepayment of fees and affidavit so the court may determine whether he is still eligible to proceed in forma pauperis.

**NOTE: Failure to timely comply with this order shall result in dismissal of this case without prejudice.**

_____
UNITED STATES DISTRICT JUDGE