

**Reger Rizzo Kavulich & Darnall** LLP
ATTORNEYS AT LAW

SUITE 202
1001 N. JEFFERSON STREET
WILMINGTON, DE 19801
TEL: 302.652.3611
FAX: 302.652.3620
www.rrkdlaw.com

ROCHELLE GUMAPAC
E-MAIL: *rgumapac@rrkdlaw.com*

June 14, 2007

**VIA E-FILING AND FIRST-CLASS MAIL**

The Honorable Sue L. Robinson
US District Court for the District of Delaware
Lock Box 31
844 North King Street, Room 4209
Wilmington, DE  19801

    Re:    <u>Ortiz v. Civigenics, Buskirk et al.</u>
            C. A. No.:  06-206-SLR
            My file No.:  06-1288

Dear Chief Judge Robinson:

      Our firm represents Defendants, Civigenics, Inc. and Russell Buskirk, in the above-captioned matter. On April 17, 2007, you ordered that Plaintiff pay the balance of the filing fee owed ($250.00) or submit a new standard form application to proceed without payment of fees and affidavit within 30 days or the case would be dismissed. To date, more than 30 days have passed, and Plaintiff has failed to either pay the balance or submit a new application with affidavit.  We therefore respectfully request that the above referenced case be dismissed.

                                    Respectfully,

                                    REGER RIZZO KAVULICH & DARNALL, LLP

                                    */s/ Rochelle Gumapac, Esquire*

                                    Rochelle Gumapac, Esquire

/rg
cc:    Johnas Ortiz
       Sheryl Brown, Esquire of Deasey, Mahoney, & Bender
       Stacey Xarhoulakos, Esquire