IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JOHNAS ORTIZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-206-SLR |
| | ) | |
| THOMAS LUNT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

WHEREAS, plaintiff, Johnas Ortiz, was a prisoner incarcerated at the Howard R. Young Correctional Institution, Wilmington, Delaware, at the time he filed his complaint under 42 U.S.C. § 1983, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915;

WHEREAS, on March 23, 2007, the court received plaintiff's change of address indicating that he is no longer incarcerated (D.I. 33);

WHEREAS, on April 19, 2007, the court ordered plaintiff to either pay the filing fee he owes ($250.00) or submit a new standard form application to proceed without prepayment of fees and affidavit within thirty days of the date of the order (D.I. 34);

WHEREAS, the time has lapsed and plaintiff has not complied with the court's order of April 19, 2007;

THEREFORE, at Wilmington this 14th day of June, 2007, IT IS HEREBY ORDERED that the plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

Plaintiff is not required to pay any previously assessed fees or the $250.00 filing fee.

_____
UNITED STATES DISTRICT JUDGE